FILED
CIVIL DIVISION
JUN 0 5 2023
Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. 2023 3259

# Amended COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | |
|---|---|
| Gwendolyn Hall | Chris Wray FBI Agent |
| PLAINTIFF | DEFENDANT |
| 1009 11th Street NW | 935 Pennsylvania NW |
| Address (No Post Office Boxes) | Address (No Post Office Boxes) |
| Washington, DC 20001 | Washington, DC 20535 |
| City   State   Zip Code | City   State   Zip Code |
| | 202-324-3000 |
| Telephone Number | Telephone Number |
| Email Address (optional) | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   The man, that the woman is with with Breast Cancer is not a real Fire Fighter. The Agent never filed Charge's, because of the Girl. The Girl was having Sex with both men being pimped out by one man, She was exchanging Sex for marijuana. IT's three FBI Agents, the real Dark Skin Black man, Hispanic man, and I am not sure of the race of the other man, But all three men were in Florida. The Hispanic woman is using the Black man as the Fall Guy.

2. What relief are you requesting from the Court? Include any request for money damages.

   The Hispanic woman USED the Phone to befriend the Mexican mafia. A black man killed the mexican mafia in Prison in 2018. The Hispanic woman was working with a man. The woman asked me to change my name for She could change my name to my name. The Hispanic man, Kamala Harris, ATTORNEY James P Cooper, and Xavier Becerra was working together. Now, they Crossing eachother. Them women was setting up men for other men. Women Go to Prison for setting up men like that everyday. I Do not want no Part of that. Stole a Box Physical evidence out the Post office in Sarasota, Fl

Form CA-3074 [Rev. Nov. 2017]         1         Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

Service mechanical Inc Virginia license PLATE UA12554, VXY9733, Pepco USDOT 342222, EF School Pasadena, CA and New York my name, Coastal Sunbelt Produce, Commercial express HVAC USDOT 2903327, Virginia license Plate U665-986 Croppmetcalife.Com, Leonard paper Company = Potbelly Sandwich Shop, ACTION Fabricators & Erectors Virginia license PLATES 19-24444, VZW6806 USDOT 344487, Power Solution = Postal mail = UHaul USDOT 2007975, Coca Cola CCBCC Charlotte, NC USDOT 1441162 Virginia license PLATE 63-087P, Huberwilmot Absolutely the best F.H. Furr, Virginia UCA-4726 Flooring experts, Warnen Super Service Inc (301)567-2001, Smith detecting Heimann X-Ray technology, College Hunks = USDOT 032700.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*[signature]*

**SIGNATURE**

6-5-2023

**DATE**

Subscribed and sworn to before me this _____5th_____ day of _____June_____ 20_23_.

*[notary signature and seal]*

(Notary Public/Deputy Clerk)



# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee  $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $____
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery $

Postage  $9.65

Total Postage and Fees  $17.15

Sent To Chris Wray FBI

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Washington, DC 20535

0113 57

Postmark Here

06/05/2023

Certified Mail service provides the following benefits:

- A record of this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047



```
              NATIONAL CAPITOL
          2 MASSACHUSETTS AVE NE
          WASHINGTON, DC 20002-9997
               (800)275-8777
06/05/2023                          01:34 PM
---------------------------------------------
Product              Qty    Unit       Price
                            Price
---------------------------------------------
Priority Mail®        1                $9.65
Flat Rate Env
   Washington, DC 20535
   Flat Rate
   Expected Delivery Date
      Tue 06/06/2023
   Insurance                           $0.00
      Up to $100.00 included
   Certified Mail®                     $4.15
      Tracking #:
         9589 0710 5270 0652 9682 12
   Return Receipt                      $3.35
      Tracking #:
         9590 9402 8144 3030 8157 19
Total                                 $17.15

---------------------------------------------
Grand Total:                          $17.15
---------------------------------------------
Cash                                 $20.00
Change                                -$2.85
---------------------------------------------

    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
         Associate can show you how.

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
  and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
               1-800-222-1811.

       Save this receipt as evidence of
   insurance. For information on filing an
              insurance claim go to
     https://www.usps.com/help/claims.htm
          or call 1-800-222-1811

             Preview your Mail
             Track your Packages
             Sign up for FREE @
      https://informeddelivery.usps.com

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
          Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
           or call 1-800-410-7420.

---------------------------------------------
UFN: 104946-0113
Receipt #: 840-52000009-5-2323058-2
Clerk: 57
```